UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRAD ALAN MILLER,

      Plaintiff,

v.                                                    Case No. 3:15cv548-MCR-CJK

ESCAMBIA COUNTY CORRECTIONS
and WALTON COUNTY JAIL,

      Defendants.

_____/

## REPORT AND RECOMMENDATION

On November 21, 2017, the undersigned entered an order (doc. 19) pointing out deficiencies in plaintiff's second amended complaint (doc. 18) and advising that although it appeared unlikely plaintiff could state a viable § 1983 claim based on the facts alleged, the undersigned would allow him another opportunity to correct the deficiencies through the filing of a third amended complaint.  The undersigned allowed plaintiff 30 days in which to file a third amended complaint and cautioned that failure to comply with the order as instructed would result in a recommendation that the case be dismissed for failure to prosecute and/or failure to comply with an order of the court.

On December 26, 2017, plaintiff filed a motion (doc. 20) requesting additional time in which to comply with the court's order.  The undersigned allowed plaintiff 30 days from the date of the order (doc. 21), which was entered on January 2, 2018, in which to file a third amended complaint.  After more than 30 days passed and plaintiff had failed to comply, the undersigned entered an order (doc. 22) directing him to show cause within 14 days why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court.  More than 14 days have passed and plaintiff has not responded to the show cause order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 23rd day of February, 2018.


/s/ Charles J. Kahn, Jr.
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## <u>NOTICE TO THE PARTIES</u>

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**